

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:    01-12-01124-CR

Trial Court Cause
Number:    1243459

Style:    Casey Demon Carmon

    **v** The State of Texas

Date motion filed[*]:    November 7, 2014

Type of motion:    Motion for Extension of Time to File Supplemental Brief

Party filing motion:    Appellant

Document to be filed:    Supplemental Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:    November 7, 2014

    Number of previous extensions granted:    0

    Date Requested:    November 14, 2014

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  November 14, 2014

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Laura Carter Higley
        ☐ Acting individually   ☒ Acting for the Court

Panel consists of  Justices Higley, Bland, and Sharp

Date: November 10, 2014